

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,926-03

### IN RE LEONARD TYRONE TEAL, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1091458-B IN THE 179TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed an application for a writ of habeas corpus in Harris County and his application has not been properly forwarded to this Court.

Respondent, the District Clerk of Harris County, shall forward Relator's habeas application to this Court, respond that relator has not filed a habeas application in Harris County, forward a copy of an order designating issues together with correspondence documenting the date the State received Relator's habeas application, or forward a copy of an order establishing new deadlines in accordance with the Supreme Court's emergency orders regarding the COVID-19 State of Disaster. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX.R.APP.P.73.4(b)(5); *Twenty-Ninth Emergency*

*Order Regarding the Covid-19 State of Disaster*, No. 20-9135 (Tex. Nov. 11, 2020). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: December 16, 2020
Do not publish